No. 7,218.—STATE, RESPONDENT, *v.* E. A. MOELLER ET AL., APPELLANTS.

Decided February 19, 1934.

PER CURIAM.—On motion of the attorney general it is ordered that the appeal herein be dismissed, it appearing from the motion that, while notice of appeal was filed November 4, 1933, no further steps in prosecution of the appeal have since been taken.

*Mr. Raymond T. Nagle,* Attorney General, and *Mr. Enor K. Matson,* Assistant Attorney General, for the State.